**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 10 2017

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>LANE M. REED<br>Year of Birth: 1994<br><br>*Defendant* | )<br>)<br>) Case No. 17mj2055<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __07/25/2017__ in the county of __San Miguel__ in the __State__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Interference with Interstate Commerce by Robbery |
| 18 U.S.C. § 924(c) | Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |
| 18 U.S.C. § 2119 | Taking a Motor Vehicle from the Person or Presence of Another by Force and Violence or |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

Kyle Marcum, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/10/17

_____
Judge's signature

City and state: Albuquerque, NM

William P. Lynch, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW MEXICO

LANE M. REED )
Year of Birth: 1994 )
)

AFFIDAVIT

I, Kyle Marcum, being duly sworn, depose and say as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Santa Fe Resident Agency of the Albuquerque Division, to investigate violations of Federal Laws, including Title 18, United States Code, Sections 1951, 2119, 924(c), and 922(g)(1). The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from other reliable sources.

2. On July 25, 2017, at approximately 8:29 am, officers were dispatched to an armed robbery at the Pecos River Station, located at 2 Regalia Ln, San Jose, New Mexico. The suspect, described as a 5'10" male with tattoos on his face, wearing a white t-shirt, black baggy shorts, and white tennis shoes, walked to the Pecos River Station, entered and purchased a Cherry Dr. Pepper. The suspect asked the clerk what the closest city was and left the store. The suspect, later identified as Lane Michael Reed, year of birth 1994, left the store and walked to the frontage road, then back to the store. Reed entered the store and pointed a silver, short barreled revolver at a small child and female clerk. Reed demanded the money from the drawer and the keys to the clerk's vehicle. The clerk did not have any keys, but did give Reed approximately $242 in cash from the drawer.

3. The owner of the store left his residence from above the store and entered the store after hearing the clerk talking loudly to Reed. The owner was armed with a black and silver Sig Sauer P938 9mm semi-automatic handgun in the small of his back. When the owner entered the store, Reed pointed his handgun at him and

demanded the keys to the owner's vehicle, a Grey 2014 Dodge Pickup truck. Reed asked the owner where the truck was located. While the owner was showing him where the truck was parked, Reed discovered the owner was armed and took the Sig Sauer handgun from him. Reed left the store through the back door and departed the location in the owner's truck.

4. A Be On The Lookout (BOLO) was aired via New Mexico State Police and Regional Dispatch to law enforcement within the surrounding areas. Information on the robbery was relayed to law enforcement. Shortly after the BOLO of information at approximately 8:58 am, Santa Fe County Sherriff's Deputies observed the BOLO vehicle on the west frontage road (Northbound Side of Interstate 25), near Mile Post 272 in the Waldo area. Upon observing the suspect vehicle, deputies engaged their emergency equipment (lights/sirens) in an attempt to make contact with the driver of the vehicle. The suspect vehicle, driven by Reed, completed a U-turn after Reed observed the deputies. Reed discharged a firearm out of the driver's side window as he drove in the direction of the deputies.

5. The suspect vehicle reentered the interstate and continued southbound on Interstate 25, where New Mexico State Police Officer(s) engaged the pursuit in an attempt to stop the fleeing vehicle driven by Reed. As the vehicle pursuit ensued southbound, Reed continued to discharge a firearm out of the driver's side window in the direction of the officers pursuing the vehicle. During the duration of the pursuit Reed was observed throwing items out of the vehicle. Officers attempted to spike strip the vehicle in attempts to get it to stop, although all attempts failed. The vehicle came to a stop southbound on Interstate 25, Mile Post 247, where Reed was taken into custody without incident. During the pursuit of Reed, a Santa Fe County Deputy and a New Mexico State Police Officer discharged their department weapons. Subsequent search of the duration of crime scenes revealed two (2) recovered firearms, which were the aforementioned firearms, a large amount of US currency, and several spent casings. When placed in the unit by uniformed officers, Reed stated he wanted to "go out with a bang".

6. An interview of Reed was conducted by Agent Janice Madrid of the New Mexico State Police Investigations Bureau, Albuquerque. During the interview Reed was advised of his rights and agreed to speak with Agent Madrid. Reed described an armed robbery spree that began in the early weeks of July 2017 and which continued through the states of Arkansas, Oklahoma, Colorado, and ending in New Mexico. Reed

provided admission statements pertaining to the armed robberies, theft of the motor vehicle, pursuit with law enforcement, discharging his firearms out of the moving motor vehicle at officer(s), throwing items out of the vehicle during pursuit, removing serial numbers from a stolen firearm he had purchased, and further stating he wanted to "kill" the officer(s) who were trying to stop him. Reed was also identified as a fugitive of justice out of Texas for the charge(s) of Robbery (armed with a handgun).

7. Reed was convicted of Burglary of Building by the State of Texas in 2011 and Burglary of Habitation by the state of Texas in 2013. These are each felony crimes punishable by a term of imprisonment exceeding one year.

8. After conducting a Google search and consulting with an employee of Melloy Dodge in Albuquerque, New Mexico, I have determined that Dodge does not have any factories in the state of New Mexico; therefore, the Pecos River Station owner's stolen Grey 2014 Dodge Pickup Truck was manufactured outside the state of New Mexico. After speaking with the store owner I have also determined that approximately 10-15% of the store's merchandise is manufactured outside the state of New Mexico. The two handguns associated with Reed, the store owner's stolen Sig Sauer P938 9mm semi-automatic and the Smith & Wesson 38 Special, were both manufactured outside the state. I consulted with ATF Special Agent Erik Rutland, who is a certified interstate nexus expert, who advised that both firearms were manufactured outside the state of New Mexico.

9. Based on the information set forth in the affidavit, I submit that there is probable cause to believe that on July 25, 2017, Lane M. Reed did unlawfully, knowingly, and intentionally commit the crimes of felon in possession of a firearm, armed robbery, and carjacking, and he used, carried, brandished, and discharged a firearm during and in relation to a crime of violence, in violation of Title 18 U.S.C. Sections 922(g)(1), 1951, 2119, and 924(c).

I swear that this information is true to the best of my knowledge and belief.

Respectfully submitted,

Kyle Marcum
Special Agent,
Federal Bureau of Investigation

Subscribed and sworn to before me this 10th day of August, 2017.

_____
WILLIAM P. LYNCH
United States Magistrate Judge